IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
               Plaintiff )
 )
vs ) Criminal No. 00-36
 )
RASHAAN AHMED CAMPBELL )
               Defendant )

ORDER OF COURT

AND NOW, to wit, this ___5th___ day of ___June___, 2006, it appearing to the Court

that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY

ORDERED that the pleadings impounded in the Office of the Clerk of Court be returned to the

closed filing system of the Clerk's Office.

These pleadings are to remain sealed with a copy of this Order attached to the envelope and to

the file folder. Anyone desiring to view the impounded pleadings shall file a request with the

Clerk with notification to all parties. These pleadings are to remain sealed for the next

___10___ years.

Documents: 21, 22, 23

Arthur J. Schwab
U.S. District Judge